

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
DANIEL J. COWHIG
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101-6514
(702) 388-6336 / Fax: (702) 388-6020

Representing the United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00197-JAD-CWH |
| Plaintiff, | ** UNDER SEAL ** |
| vs. | **EMERGENCY MOTION TO UNSEAL** |
| NATHAN WILLIAM LOWRY, <br> a.k.a. Lee Roy Jenkins, <br> a.k.a. William Orri, | |
| Defendant. | |

The named defendant having been arrested in California on the warrant issued by this Court in this matter, the United States of America, through Steven W. Myhre, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, request the Court unseal this case, this filing, and if this motion is granted, the Court's order to unseal.

STEVEN W. MYHRE,
Acting United States Attorney

DATE 7/6/17

DANIEL J. COWHIG
Assistant United States Attorney

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00197-JAD-CWH |
| Plaintiff, | ** UNDER SEAL ** |
| vs. | **PROPOSED ORDER TO UNSEAL** |
| NATHAN WILLIAM LOWRY,<br>a.k.a. Lee Roy Jenkins,<br>a.k.a. William Orri, | |
| Defendant. | |

The named defendant having been arrested in California on the warrant issued by this Court in this matter,

IT IS HEREBY ORDERED:

The United States' motion, this order, and this case are UNSEALED.

IT IS SO ORDERED.

DATE July 7, 2017

CARL W. HOFFMAN
United States Magistrate Judge

2